FILED
January 22, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TOMMY FREDERICK ALLAN<br><br>Defendant. | Case No. 2:21-mj-00014-KJN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  TOMMY FREDERICK ALLAN  Case No. 2:21-mj-00014-KJN  Charges 18 USC § 1752(a)(1), 1752(a)(2); 40 USC § 5104(e)(2)(A),(D),(G) from custody for the following reasons:

    **X**    Release on Personal Recognizance

    _____    Bail Posted in the Sum of $ _____

         _____    Unsecured Appearance Bond $ _____

         _____    Appearance Bond with 10% Deposit

         _____    Appearance Bond with Surety

         _____    Corporate Surety Bail Bond

    **X**    (Other): Pretrial release conditions as stated on the record in open court. Defendant to report telephonically to Pretrial Services upon release from Custody.

Issued at Sacramento, California on January 22, 2021 at 2:00 PM

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE